**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X

RAYMOND EARL BUTLER, II,

Plaintiff,

-against-

JPMORGAN CHASE & CO., *et al.*,

Defendants.

----------------------------------------------------------------------X

**26 Civ. 08080 (JPC) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court is surprised to hear that Plaintiff now complains that in-person attendance of the Court's ECF training program would represent an "unnecessary burden" given that his initial motion attested that he would "complete the Court's CM/ECF introduction course . . . promptly" (Dkt. No. 7 at 2) and attached a proposed order that would have required him to complete that training "within fourteen (14) days" (Dkt. No. 7-1 at 1), despite residing in Michigan at that point. Nonetheless, the Court appreciates Plaintiff's prior completion of the training course for the Northern District of Illinois and recognizes the hardship of traveling from Michigan to New York for training here. Accordingly, as a one-time exception to its ordinary rule, the Court will grant Plaintiff permission for ECF filing privileges on the condition that Plaintiff fully and completely familiarizes himself with the Southern District of New York's Electronic Case Filing Rules, which can be found at https://nysd.uscourts.gov/sites/default/files/pdf/ecf_rules/ECF%20Rules%20February%202%202026%20FINAL%20v2.pdf and through the Court's website at https://nysd.uscourts.gov/rules/ecf-related-instructions. Further, Plaintiff is warned that excessive filing or other abuse of the ECF filing privileges will result in their revocation and he will be required to file future documents in paper. By no later than Monday, October 19, 2026, Plaintiff shall file a letter in this action attesting that he has read the Filing Rules and promises to uphold them. Consistent with other

pro se litigants granted ECF filing privileges in this District, Plaintiff therein shall include full contact information including his name, physical address, email address, and phone number. In the interim, Plaintiff's motion for reconsideration is granted, and the Clerk of Court is directed to approve Plaintiff for ECF filing privileges.

**SO ORDERED.**

DATED: New York, New York
October 9, 2026

The Honorable Gary Stein
United States Magistrate Judge