**RAYMOND EARL BUTLER II**
PRO SE PLAINTIFF
14320 SHIRLEY ROAD
BARAGA, MICHIGAN 49908
RAYMONDEBUTLER@PROTONMAIL.COM

November 6, 2026

**VIA ECF**

The Honorable Gary Stein
500 Pearl Street, Room 9A
United States Courthouse
Southern District of New York
New York, New York 10007

**Re:** ***Raymond Earl Butler II v. JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Jamie Dimon, and Wook Kim*** **— Case No. 1:26-cv-08080-JPC-GS (S.D.N.Y.)**
**Plaintiff's Opposition to Defendants' Request for Extension of Time (ECF No. 35)**

Dear Judge Stein:

I am the pro se plaintiff in this action. I respectfully oppose Defendants' request (ECF No. 35) for a retroactive extension of time to file their Memorandum of Law and related exhibits. Deadlines exist for a reason. When the largest bank in the world, with hundreds of attorneys and virtually unlimited resources at its disposal, waits until the final minutes of a deadline and then files the wrong document—attaching a declaration instead of its memorandum—and files supporting exhibits six minutes late after multiple ECF error messages, the Court should enforce the rules rather than reward the error.

Defendants and their counsel have previously characterized me as a "vexatious litigant." The record demonstrates the opposite. It is Defendants' counsel and the defense firms that have engaged in serial judicial abuse. Public filings show that JPMorgan Chase expended approximately $1.4 billion in legal costs in 2023 and $740 million in 2024—more than $2.14 billion over just two years—according to its own SEC filings and contemporaneous reporting.[1] A firm with that level of legal resources has no excuse for last-minute formatting failures and clerical mistakes that a solo pro se litigant would be expected to avoid.

Moreover, logs maintained at kmfllaw.com document a pattern of ex parte communications by Chase Bank and its defense counsel with courts in Chicago, conducted regularly and with apparent impunity despite the fact that these contacts are being tracked. Defendants and their counsel have likewise engaged in multiple ex parte conversations with the Seventh Circuit. This is precisely why they seek to transfer this case "back home" to a forum where they believe they control the courts. Venue is proper in this District. Indeed, in *Trump et al. v. JPMorgan Chase Bank, N.A. et al.*, Case No. 1:26-cv-21106 (S.D. Fla.), Defendants themselves successfully moved to transfer the action from the Southern District of Florida to this Court (Southern District of New York), where it was reopened as Case No. 1:26-cv-08731. They cannot now claim that SDNY is an inconvenient or improper venue when it suits their interests to do so.

Since the inception of this dispute, Defendants have systematically evaded their fiduciary duties as corporate trustee. They continue to neither confirm nor deny that I am the sole beneficiary of the relevant trust, and they have refused to provide the full accounting to which I am entitled by law. Instead, they dance around the issues,

**RAYMOND EARL BUTLER II**
PRO SE PLAINTIFF
14320 SHIRLEY ROAD
BARAGA, MICHIGAN 49908
RAYMONDEBUTLER@PROTONMAIL.COM

file procedural motions, and seek to relocate the litigation to a forum of their preference. The interests of justice are not served by excusing last-minute filing errors by the best-resourced defendant in the country while a pro se plaintiff is held to the strictest standards.

For the foregoing reasons, Plaintiff respectfully requests that the Court deny Defendants' request for a retroactive extension of time (ECF No. 35) and strike or disregard the untimely Memorandum and exhibits to the extent they were not properly filed by the deadline.

Respectfully submitted,

Raymond Earl Butler II

/s/ Raymond Earl Butler II

**Raymond Earl Butler II**

Pro Se Plaintiff

14320 Shirley Road

Baraga, Michigan 49908

raymondebutler@protonmail.com

---

[1] See Bibhu Pattnaik, *Here's The Jaw-Dropping Total JPMorgan Chase Paid To Fight Legal Battles Over Two Years*, Benzinga (Jan. 19, 2025), reporting $1.4 billion in 2023 and $740 million in 2024 based on the bank's 8-K filings with the SEC (totaling $2.14 billion over two years). JPMorgan Chase & Co. Form 10-K for the year ended December 31, 2025, likewise reports legal expense of $1.4 billion (2023), $740 million (2024), and $361 million (2025).