**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

RAYMOND EARL BUTLER, II,

Plaintiff,

-against-

JP MORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., JAMIE DIMON, and WOOK KIM,

Defendants.

-----------------------------------------------------------------------X

**26 Civ. 8080 (JPC) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's motion dated October 15, 2026 requesting a hearing on Plaintiff's request for a temporary restraining order and order to show cause why a preliminary injunction should not issue. (Dkt. No. 22). The Court notes that Plaintiff initially requested an *ex parte* temporary restraining order ("TRO") and preliminary injunction in his September 15, 2026 unverified complaint seeking to compel Defendants to produce "all documentation of any kind regarding the Trusts" at issue in this case. (Dkt. No. 1; *see also* Dkt. No. 3 (proposed order)).

Plaintiff's application for a TRO and preliminary injunction fails to comply with Local Civil Rule 7.1(a) as it does not include a notice of motion, a memorandum of law, or any supporting affidavits or exhibits containing necessary factual information. Loc. Civ. R. 7.1(a)(1), (2), (3); *see also Nat'l Coal. of Prop. Owners & Managers v. Reliance Ins. Co. of Ill.*, No. 00 Civ. 8554 (LMM), 2001 WL 99873, at *1 (S.D.N.Y. Feb. 5, 2001) (denying motion for preliminary injunction "without prejudice to renewal on appropriate papers" where plaintiff failed to make the application "on formal motion papers, supported by one or more affidavits

demonstrating that preliminary injunctive relief is warranted"). The Court will not set a hearing on any application for a TRO or preliminary injunctive relief unless and until Plaintiff submits a proper application. Plaintiff's October 15 motion for a hearing is therefore denied. The Clerk of Court is respectfully requested to terminate the motion pending at Docket Number 22.

**SO ORDERED.**

DATED: New York, New York
November 9, 2026

The Honorable Gary Stein
United States Magistrate Judge