**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

RAYMOND EARL BUTLER, II,

Plaintiff,

-against-

JP MORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., JAMIE DIMON, and WOOK KIM,

Defendants.

---------------------------------------------------------------------X

**26 Civ. 8080 (JPC) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On November 9, 2026, the Court issued an Order denying Plaintiff's motion requesting a hearing on Plaintiff's request for a temporary restraining order ("TRO") and order to show cause why a preliminary injunction should not issue. (Dkt. No. 37). In that Order, the Court noted that Plaintiff's application for a TRO and preliminary injunction, which was made along with his September 15, 2026 unverified complaint, was procedurally deficient for failure to comply with Local Civil Rule 7.1(a). On November 10, 2026, Plaintiff filed a renewed application for a TRO including a notice of motion, memorandum of law, and supporting affidavits and exhibits. (Dkt. Nos. 39, 39-1, 39-2, 39-3). Plaintiff's renewed motion includes a proposed order granting his request for a TRO and directing Defendants to "produce to Plaintiff . . . all documentation of any kind regarding the GPN Family Trust and the Jack Finn Irrevocable Trust, any related Trusts, and all documents related to Plaintiff[.]" (Dkt. No. 39 at 10). The Court also is in receipt of Plaintiff's most recent letter motion dated November 17, 2026 requesting immediate adjudication of his pending motion. (Dkt. No. 40).

While a TRO may be issued without first providing the adverse party an opportunity to be heard if a party demonstrates through specific sworn-to facts "that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition[,]" Fed. R. Civ. P. 65(b)(1)(A), Plaintiff has made no such showing and the Court does not find the circumstances here warrant such relief. Accordingly, Defendants shall first be given an opportunity to be heard in opposition to Plaintiff's application for a TRO. Defendants shall submit their opposition to Plaintiff's motion by no later than Monday, November 30, 2026. Plaintiff's reply shall be submitted by no later than Monday, December 14, 2026.

**SO ORDERED.**

DATED: New York, New York
November 18, 2026

Gary Stein

The Honorable Gary Stein
United States Magistrate Judge